ROSARIO, PETITIONER *v.* ROSSY, DISTRICT JUDGE, RESPONDENT.

PETITION for a Writ of *Certiorari* to the Judge of the District Court of San Juan, Section 2.

No. 144.—Decided June 23, 1915.

Decided on the grounds stated in the opinion delivered in Case No. 143, *Pérez* v. *Rossy, District Judge, ante.*

*Mr. M. Romany* for the petitioner.
The respondent did not appear.

*Petition granted and case remanded.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.